1  Charles L. Doerksen, #135423
   Attorney at Law
2  2100 Tulare Street, Suite 410
   Fresno, California 93721
3  559 233 3434

4  Attorney for plaintiff GREG OCCHIONERO

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG OCCHIONERO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF FRESNO, and DOES 1 through 40,<br><br>　　　　　Defendants. | Case No. 1:05-CV-01184-AWI-SMS<br><br>**STIPULATION FOR LEAVE OF COURT FOR FILING OF SECOND AMENDED COMPLAINT AND CONTINUING SCHEDULING CONFERENCE; ORDER**<br><br>Scheduling Conference:<br>Old Date: December 14, 2005<br>NEW DATE: FEBRUARY 7, 2006<br>Time: 9:15 a.m.<br>Courtroom: 4 |

　　　　　WHEREAS, this action is not currently at issue;

　　　　　WHEREAS, plaintiff GREG OCCHIONERO ("plaintiff") desires to file a second amended complaint;

　　　　　WHEREAS, defendant CITY OF FRESNO ("defendant") has held off on filing a Rule 12 motion based on plaintiff's representation that he desires to amend his complaint; and

　　　　　WHEREAS, in light of the foregoing, the parties believe that it would be appropriate to continue the Scheduling Conference set for December 14, 2005,

///

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED by the parties hereto through their respective
2 counsel, as follows:
3  1. That plaintiff may file a Second Amended Complaint, which shall be filed
4 within ten days of the entry of the order on this stipulation; and
5  2. The Scheduling Conference, currently set for 9:15 a.m. on December 14,
6 2005, in Courtroom 4 of the above-captioned court, is continued to February 7, 2006, at 9:15
7 a.m. in Courtroom 4.
8 Dated:  December 12, 2005

/s/ Charles L. Doerksen

Charles L. Doerksen,
Attorney for plaintiff
GREG OCCHIONERO

Dated:  December 12, 2005                                   BETTS & WRIGHT

/s/ Joseph D. Rubin

Joseph D. Rubin,
Attorneys for defendant
CITY OF FRESNO

IT IS SO ORDERED

Dated:  12/13/2005

 /s/ Sandra M. Snyder
SANDRA M. SNYDER

U.S. Magistrate Judge, U.S. District Court

Stipulation For Leave Of Court For Filing Of Second Amended Complaint…                                     2

PDF created with pdfFactory trial version www.pdffactory.com