1  **BETTS & WRIGHT, A Professional Corporation**
   Attorneys at Law
2  P.O. Box 28550
   Fresno, California 93729-8550
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  Attorneys for Defendant CITY OF FRESNO

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| GREG OCCHIONERO, | Case No. 1:05-CV-01184-AWI-SMS |
| Plaintiff, | |
| v. | NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT; FOR MORE DEFINITE STATEMENT; AND TO STRIKE PORTIONS OF THE SECOND AMENDED COMPLAINT |
| CITY OF FRESNO, and DOES 1 through 40, inclusive, | |
| Defendants. | |
| | [F.R.C.P. Rules 12(b), (6), 12(e), 12(f) and 12(g)] |
| | DATE:    February 27, 2006
TIME:    1:30 p.m.
CTRM:   2    8th Floor |

20  TO PLAINTIFF AND TO HIS ATTORNEY OF RECORD HEREIN:

21      PLEASE TAKE NOTICE that on February 20, 2006, at 1:30 p.m., in

22  Courtroom 2 on the 8th Floor of the above-entitled Court located at 2500 Tulare

23  Street, Fresno, California, Defendant City of Fresno will move to dismiss Plaintiff's

24  Second Amended Complaint, to move for a more definite statement and/or to strike

25  portions of the Second Amended Complaint.  This Motion is made pursuant to

26  Federal Rules of Civil Procedure, Rules 12(b)(6), 12(e), 12(f) and 12(g).

27

28

1    Defendant hereby moves to dismiss Plaintiff s Second Amended Complaint
2  and every cause of action contained therein on the following grounds:

### FIRST CAUSE OF ACTION

(Violation of 42 U.S.C. Section 1983 based upon the 14th Amendment)

As to Plaintiff s Section 1983 claim, (1) the claim is subject to dismissal based upon the expiration of the statute of limitations; and (2) Plaintiff s allegations against the City of Fresno do not establish the requisite elements of a Section 1983 claim and are deficient as liability against a municipality can only be achieved under very limited circumstances, which are not present here.

### SECOND CAUSE OF ACTION

(Violation of 42 U.S.C. Section 1983 based upon the 1st Amendment)

As to Plaintiff s Section 1983 claim, (1) the claim is subject to dismissal based upon the expiration of the statute of limitations; and (2) Plaintiff s allegations against the City of Fresno are deficient as liability against a municipality can only be achieved under very limited circumstances, which are not present here.

In the alternative, Defendant City of Fresno requests that this Court order Plaintiff to provide a more definite statement of his claims as against the Defendant.  In addition, Defendant City of Fresno requests that the Court strike the following language from the Second Amended Complaint:

    A.    All alleged adverse actions taken prior to September 16, 2003; ¶9, <u>beginning in or about February 2003,</u> (should be stricken on statute of limitations grounds).

This Motion will be based on this Notice, the Memorandum of Points and Authorities in Support thereof, Request for Judicial Notice, upon all pleadings and papers on file herein, upon such matters as this Court may elect to consider by way

of judicial notice, and upon such other oral and documentary evidence as may be presented at the time of the hearing.

Dated: January 12, 2006      Respectfully submitted,

BETTS & WRIGHT

By  /s/ Joseph D. Rubin
      Joseph D. Rubin
Attorneys for Defendant
CITY OF FRESNO

## PROOF OF SERVICE

I am a citizen of the United States of America, a resident of Fresno County, California, over the age of 18 years and not a party to the within-entitled cause or matter. My business address is P. O. Box 28550 [7108 N. Fresno Street, Suite 460], Fresno, California. On January 12, 2006, I served **NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT; FOR MORE DEFINITE STATEMENT; AND TO STRIKE PORTIONS OF THE SECOND AMENDED COMPLAINT** on the parties in this action by placing an original/a true copy in an envelope and delivering it as follows:

____ **(By Overnight Courier)** I caused such envelope with postage fully prepaid, to be sent by _____.

____ **(By Mail)** I deposited the envelope, with postage fully prepaid, with the United States Postal Service at Fresno, Fresno County, California.

_X_ **(By Mail)** I placed the envelope for collection and processing for mailing following this business ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

____ **(By Hand)** I caused each envelope to be delivered by hand.

Each envelope was addressed as follows:

Charles L. Doerksen, Esq.
2100 Tulare Street, Suite 410
Fresno, CA 93721

___ **(By Telecopy)** I caused each document to be sent by telecopier to the aforementioned number(s).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 12, 2006, at Fresno, California.

          /s/ Laurie K. Freer
          Laurie K. Freer