**BETTS & WRIGHT, A Professional Corporation**
Attorneys at Law
P.O. Box 28550
Fresno, California 93729-8550
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendant CITY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG OCCHIONERO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF FRESNO, and DOES 1 through 40, inclusive,<br><br>　　　　　Defendants. | Case No. 1:05-CV-01184-AWI-SMS<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT S MOTION TO DISMISS SECOND AMENDED COMPLAINT; FOR MORE DEFINITE STATEMENT; AND TO STRIKE PORTIONS OF THE SECOND AMENDED COMPLAINT<br><br>[F.R.C.P. Rules 12(b)(6), 12(e), 12(f) and 12(g)]<br><br>DATE:　February 27, 2006<br>TIME:　1:30 p.m.<br>CTRM:　2　8th Floor |