1  **BETTS & WRIGHT, A Professional Corporation**
   Attorneys at Law
2  P.O. Box 28550
   Fresno, California 93729-8550
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  Attorneys for Defendant CITY OF FRESNO

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 GREG OCCHIONERO,                ) Case No. 1:05-CV-01184-AWI-SMS
                                   )
12            Plaintiff,           ) REQUEST FOR JUDICIAL NOTICE IN
                                   ) SUPPORT OF MOTION TO DISMISS
13    v.                           ) SECOND AMENDED COMPLAINT; FOR
                                   ) MORE DEFINITE STATEMENT; AND
14 CITY OF FRESNO, and DOES 1 through ) TO STRIKE PORTIONS OF THE
   40, inclusive,                  ) SECOND AMENDED COMPLAINT
15                                 )
              Defendants.          ) [F.R.C.P. Rules 12(b)(6), 12(e),
16 _____ ) 12(f) and 12(g)]
                                     DATE:   February 27, 2006
17                                   TIME:   1:30 p.m.
                                     CTRM:   2   8th Floor
18

19      Pursuant to Federal Rules of Evidence, Rule 201, Defendant City of Fresno

20 submits its request for judicial notice as follows:

21      1.    Attached as Exhibit A is the First Amended Complaint for Violation of

22 Equal Protection Clause (42 U.S.C. § 1983); Demand for Jury Trial filed in <u>Greg

23 Occhionero v. City of Fresno</u>, United States Eastern District Court Case No. 1:05-

24 CV-01184-AWI-SMS on or about November 10, 2005.

25      2.    Attached as Exhibit B is a Complaint for Declaratory Relief and for

26 Subsequent Equitable Relief of Plaintiffs Michael Occhionero and Greg Occhionero

27 filed in Fresno County Superior Court, Fresno County Superior Court Case No.

28 03CECG02623 on or about July 28, 2003, Case Number 03CECG01766.

1    3.   Attached as Exhibit C is a Notice of Entry of Dismissal and Proof of
2 Service filed in Fresno County Superior Court, Fresno County Superior Court Case
3 No. 03CECG01766.

Dated: January 12, 2005             Respectfully submitted,

                                    BETTS & WRIGHT


                                    By  /s/ Joseph D. Rubin
                                         Joseph D. Rubin
                                    Attorneys for Defendant
                                    CITY OF FRESNO

PROOF OF SERVICE

I am a citizen of the United States of America, a resident of Fresno County, California, over the age of 18 years and not a party to the within-entitled cause or matter. My business address is P. O. Box 28550 [7108 N. Fresno Street, Suite 460], Fresno, California. On January 12, 2006, I served **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT; FOR MORE DEFINITE STATEMENT; AND TO STRIKE PORTIONS OF THE SECOND AMENDED COMPLAINT** on the parties in this action by placing an original/a true copy in an envelope and delivering it as follows:

\_\_\_\_  **(By Overnight Courier)** I caused such envelope with postage fully prepaid, to be sent by _____.

\_\_\_\_  **(By Mail)** I deposited the envelope, with postage fully prepaid, with the United States Postal Service at Fresno, Fresno County, California.

\_X\_\_  **(By Mail)** I placed the envelope for collection and processing for mailing following this business ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

\_\_\_\_  **(By Hand)** I caused each envelope to be delivered by hand.

Each envelope was addressed as follows:

Charles L. Doerksen, Esq.
2100 Tulare Street, Suite 410
Fresno, CA 93721

\_\_\_  **(By Telecopy)** I caused each document to be sent by telecopier to the aforementioned number(s).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 12, 2006, at Fresno, California.

                                         /s/ Laurie K. Freer
                                         Laurie K. Freer