Charles L. Doerksen, #135423
Attorney at Law
2100 Tulare Street, Suite 410
Fresno, California  93721
559 233 3434

Attorney for plaintiff GREG OCCHIONERO

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG OCCHIONERO,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF FRESNO, and DOES 1 through 40,<br><br>  Defendants. | Case No. 1:05-cv-01184-AWI-SMS<br><br>**STIPULATION CONTINUING SCHEDULING CONFERENCE;  ORDER**<br><br><u>Scheduling Conference</u><br>Date:  February 7, 2006<br>Time:  9:15 a.m.<br>Courtroom:  7 |

WHEREAS, this action is not currently at issue;

WHEREAS, defendant CITY OF FRESNO ("defendant") has filed a Rule 12 motion as to plaintiff GREG OCCHIONERO's ("plaintiff") second amended complaint, the hearing on which is scheduled for February 27, 2006; and

WHEREAS, in light of the foregoing, the parties believe that it would be appropriate to continue the Scheduling Conference set for February 7, 2006,

IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel, that the Scheduling Conference, currently set for February 7, 2006, at 9:15 a.m. in

PDF created with pdfFactory trial version www.pdffactory.com

1  Courtroom 7 of the above-captioned court, is continued to APRIL 18 , 2006, at 9:15 a.m. in
2  Courtroom 7 before Judge Snyder.
3  Dated: February 1, 2006
4                                                      /s/ Charles L. Doerksen
5
6  Charles L. Doerksen, Attorney for plaintiff
7  GREG OCCHIONERO
8  Dated: February 1, 2006                    BETTS & WRIGHT
9
10                                                     /s/ Joseph D. Rubin
11
12 Joseph D. Rubin, Attorneys for defendant CITY OF FRESNO
13
14 IT IS SO ORDERED
15 Dated:  2/1/2006
16
17                                          /s/ Sandra M. Snyder
                                         Magistrate Judge, U.S. District Court
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com