IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG OCCHIONERO,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, and DOES 1 through 40, inclusive,<br><br>        Defendants. | CV F 05-1184 AWI SMS<br><br>**ORDER VACATING FEBRUARY 27, 2006 HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

    Defendant City of Fresno's motion to dismiss has been set for hearing in this case on February 27, 2006. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 27, 2006, is VACATED, and the parties shall not appear at that time. As of February 27, 2006, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 22, 2006              /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE