Charles L. Doerksen, #135423
Attorney at Law
2100 Tulare Street, Suite 410
Fresno, California  93721
559 233 3434

Attorney for plaintiff GREG OCCHIONERO

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG OCCHIONERO,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, and DOES 1 through 40,<br><br>  Defendants. | Case No. 1:05-CV-01184-AWI-SMS<br><br>**STIPULATION VACATING TRIAL AND RELATED DATES AND SETTING NEW SCHEDULING CONFERENCE;   ORDER**<br><br>NOTE: Motion to Withdraw as Counsel has been moved from 11/2/06 to Nov.  17, 2006 *<br><br>Trial Date:  April 24, 2007<br><br>**NEW Scheduling Conference Hearing: JANUARY 10, 2007 AT 9:00a.m. \*\*** |

   WHEREAS, counsel for plaintiff GREG OCCHIONERO has filed a motion to withdraw, which motion is set for hearing on November 3, 2006*, and is not being opposed;

   WHEREAS, to facilitate plaintiff GREG OCCHIONERO's anticipated transition to new counsel, the parties hereto desire to vacate the current trial date of April 24, 2007, Pretrial Conference date of March 16, 2007 and all other dates set pursuant to the Scheduling Conference Order of May 9, 2006, subject to being reset approximately five months later with trial not to occur before September 15, 2007; and

Stipulation Vacating Trial and Related Dates and Setting New Scheduling Conference; [Proposed] Order

1

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS, defendant CITY OF FRESNO has subpoenaed the parents of plaintiff
2   GREG OCCHIONERO, namely Michael and Vincenza Occhionero, to appear at deposition on
3   November 1, 2006, and plaintiff is willing to produce his parents for deposition at a future date in
4   return for the currently scheduled depositions being cancelled;
5   IT IS HEREBY STIPULATED by the parties hereto, through their respective
6   counsel, and by plaintiff GREG OCCHIONERO personally, as follows:
7   1.   That all dates set by the Scheduling Conference Order of May 9, 2006, are
8   hereby vacated;
9   2.   That a 'NEW' Scheduling Conference is hereby set for **JANUARY 10, 2007**
10  **, at 9:00 a.m**.** in Courtroom 7; and
11  3.   That plaintiff GREG OCCHIONERO shall produce his parents, Michael
12  and Vincenza Occhionero, for deposition upon written notice by defendant CITY OF FRESNO.
13  Dated:  October 13, 2006

/s/ Charles L. Doerksen

Charles L. Doerksen,
Attorney for plaintiff
GREG OCCHIONERO

18  Dated:  October 12, 2006                    /s/ Greg Occhionero

Plaintiff GREG OCCHIONERO

21  Dated:  October 13, 2006                    BETTS & WRIGHT

/s/ Joseph D. Rubin

Joseph D. Rubin,
Attorneys for defendant
CITY OF FRESNO

IT IS SO ORDERED

Dated:  10/18/2006

/s/ Sandra M. Snyder

Stipulation Vacating Trial and Related Dates and Setting New Scheduling Conference; [Proposed] Order      2

PDF created with pdfFactory trial version www.pdffactory.com

1 | SANDRA M. SNYDER
2 | Magistrate Judge, U.S. District Court
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28