UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG OCCHIONERO, ) | 1:05-cv-1184-AWI-SMS |
| ) | |
| Plaintiff, ) | ORDER VACATING COURT'S ORDER OF |
| v. ) | NOVEMBER 6, 2006, DUE TO CLERICAL |
| ) | ERROR (DOC. 38) |
| CITY OF FRESNO, ) | |
| ) | ORDER DETERMINING THAT |
| Defendant. ) | PLAINTIFF'S COUNSEL'S MOTION TO |
| ) | WITHDRAW MAY BE HEARD ON THE |
| ) | PAPERS AND DEEMING THE MOTION |
| | SUBMITTED FOR DECISION (DOCS. 33, 36) |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

I. <u>Vacating Court's Order of November 6, 2006</u>

Due to clerical error, on November 6, 2006, the Court vacated the hearing on the motion of Plaintiff's counsel, Charles L. Doerksen, to withdraw as counsel of record for Plaintiff.

Accordingly, the Court's order of November 6, 2006, IS VACATED.

II. <u>Deeming Motion Submitted on the Pleadings</u>

1

1    The Court notes that the motion of Plaintiff's counsel,
2 Charles L. Doerksen, to withdraw as counsel of record for
3 Plaintiff, was filed on October 6, 2006, and was ultimately set
4 for hearing on November 17, 2006. The Court had not received any
5 opposition to the motion by November 6, 2006. Thus, pursuant to
6 Local Rule 78-230(c), the time for filing of any opposition to
7 the motion had passed. Further, considering the nature of the
8 motion, the Court concludes that matter that may appropriately be
9 submitted upon the record and briefs.
10    Accordingly, the hearing on the motion will not be reset,
11 and the motion IS DEEMED SUBMITTED to the Court for decision.
12 IT IS SO ORDERED.

**Dated:   November 6, 2006**              **/s/ Sandra M. Snyder**
icido3                          UNITED STATES MAGISTRATE JUDGE