UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG OCCHIONERO, | ) 1:05-cv-1184-LJO-SMS |
| | ) |
| Plaintiff, | ) ORDER VACATING HEARING ON |
| v. | ) PLAINTIFF'S MOTION FOR LEAVE TO |
| | ) FILE A THIRD AMENDED COMPLAINT |
| CITY OF FRESNO, | ) PRESENTLY SET FOR MARCH 9, 2007, |
| | ) AND DEEMING MOTION SUBMITTED |
| Defendant. | ) (DOC. 49) |
| | ) |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c) and 72-303. Pending before the Court is Plaintiff's motion for leave to file a third amended complaint, filed on January 27, 2007, and supported by a memorandum of law, a declaration of M. Jeffery Kallis, a proposed third amended complaint, and a proposed order. Defendant filed a notice of non-opposition on February 23, 2007.

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the Plaintiff's motion for leave to file a third amended complaint is a matter that may

1  appropriately be submitted upon the record and briefs.

2      Accordingly, the hearing on the motion, presently set for
3  March 9, 2007, IS VACATED, and the motion IS DEEMED SUBMITTED to
4  the Court for decision.

5  IT IS SO ORDERED.

6  **Dated:   March 5, 2007**           /s/ Sandra M. Snyder
   icido3                         UNITED STATES MAGISTRATE JUDGE