**BETTS & WRIGHT, A Professional Corporation**
Attorneys at Law
P.O. Box 28550
Fresno, California 93729-8550
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendant CITY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG OCCHIONERO,<br><br>             Plaintiff,<br><br>   v.<br><br>CITY OF FRESNO, and DOES 1 through 40, inclusive,<br><br>             Defendants. | Case No. 1:05-CV-01184-LJO-SMS<br><br>NOTICE OF MOTION AND MOTION TO DISMISS THIRD AND FOURTH CAUSES OF ACTION IN THIRD AMENDED COMPLAINT; FOR MORE DEFINITE STATEMENT; AND TO STRIKE PORTIONS OF THE THIRD AMENDED COMPLAINT<br><br>[F.R.C.P. Rules 12(b)(1)(2)(6), 12(e), 12(f) and 12(g)]<br><br>DATE:   May 9, 2007<br>TIME:   8:30 a.m.<br>CTRM:  4    7th Floor |

TO PLAINTIFF AND TO HIS ATTORNEY OF RECORD HEREIN:

      PLEASE TAKE NOTICE that on May 9, 2007, at 8:30 a.m., in Courtroom 4 on the 7th Floor of the above-entitled Court located at 2500 Tulare Street, Fresno, California, Defendant City of Fresno will move to dismiss the third and fourth causes of action in Plaintiff s Third Amended Complaint, to move for a more definite statement and/or to strike portions of the Third Amended Complaint.  This Motion is made pursuant to Federal Rules of Civil Procedure, Rules 12(b)(1), (2), (6), 12(e), 12(f) and 12(g).

Defendant hereby moves to dismiss Plaintiff s Third Amended Complaint on the following grounds:

### THIRD CAUSE OF ACTION

(Violation of 42 U.S.C. Section 1983 based upon the Due Process Clause)

Claim is subject to dismissal (1) based upon ripeness and lack of subject matter jurisdiction; and (2) Plaintiff s allegations against the City of Fresno do not establish the requisite elements of a Section 1983 claim.

### FOURTH CAUSE OF ACTION

(Violation of 42 U.S.C. Section 1983 based upon the Takings Clause)

Claim is subject to dismissal (1) based upon ripeness and lack of subject matter jurisdiction; and (2) Plaintiff s allegations against the City of Fresno do not establish the requisite elements of a Section 1983 claim.

In the alternative, Defendant City of Fresno requests that this Court order Plaintiff to provide a more definite statement of his claims as against the Defendant.

In addition, Defendant City of Fresno requests that the Court strike the following language from the Third Amended Complaint as punitive damages cannot be sought against a municipality:

A.  <u>Paragraph 42, 3rd sentence</u>:

The acts and the lack of a hearing were done with malice and/or a desire to oppress the plaintiff and entitle the Plaintiff to exemplary damages.

B.  <u>Paragraph 50, 3rd sentence</u>:

The acts and the lack of payments were done with malice and/or a desire to oppress the plaintiff and entitle the plaintiff to exemplary damages.

C. <u>Prayer for Relief, ¶ 4</u>:

For Punitive Damages in an Amount to be Proven at Trial.

This Motion will be based on this Notice, the Memorandum of Points and Authorities in Support thereof, upon all pleadings and papers on file herein, upon such matters as this Court may elect to consider by way of judicial notice, and upon such other oral and documentary evidence as may be presented at the time of the hearing.

Dated: April 5, 2007    Respectfully submitted,

BETTS & WRIGHT

By  /s/ Joseph D. Rubin
     Joseph D. Rubin
Attorneys for Defendant
CITY OF FRESNO

## PROOF OF SERVICE

I am a citizen of the United States of America, a resident of Fresno County, California, over the age of 18 years and not a party to the within-entitled cause or matter. My business address is P. O. Box 28550 [7108 N. Fresno Street, Suite 460], Fresno, California. On April 5, 2007, I served **NOTICE OF MOTION AND MOTION TO DISMISS THIRD AND FOURTH CAUSES OF ACTION IN THIRD AMENDED COMPLAINT; FOR MORE DEFINITE STATEMENT; AND TO STRIKE PORTIONS OF THE THIRD AMENDED COMPLAINT** on the parties in this action by placing an original/a true copy in an envelope and delivering it as follows:

____ **(By Overnight Courier)** I caused such envelope with postage fully prepaid, to be sent by _____.

____ **(By Mail)** I deposited the envelope, with postage fully prepaid, with the United States Postal Service at Fresno, Fresno County, California.

_X__ **(By Mail)** I placed the envelope for collection and processing for mailing following this business ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

____ **(By Hand)** I caused each envelope to be delivered by hand.

Each envelope was addressed as follows:

M. Jeffrey Kallis, Esq.
Kallis & Assoc.
333 W. San Carlos, Suite 800
San Jose, California 95112

___ **(By Telecopy)** I caused each document to be sent by telecopier to the aforementioned number(s).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 5, 2007, at Fresno, California.

                                                /s/ Laurie K. Freer
                                                Laurie K. Freer