1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT
# FOR
# THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| **GREG OCCHIONERO** | ) | Case No.   1-05 CV 01184 LJO SMS |
| | ) | |
| | ) | **PROPOSED ORDER   FOR A CHANGE IN** |
| ·· Plaintiff, | ) | **THE DATE OF TRIAL AND** |
| vs. | ) | **MODIFICATION OF THE PRE-TRIAL** |
| | ) | **SCHEDULE** |
| **CITY OF FRESNO,** | ) | |
| and **DOES 1 Through 40** | ) | Jury Trial Requested |
| **Inclusive.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | | |

The Court having reviewed the Stipulation For A Change In The Date

Of Trial And Modification Of The Pre-Trial Schedule, good cause

showing, Orders the following changes to the prior Scheduling Order.

| Activity | Current Date | Proposed Date |
|---|---|---|
| Non Expert Discovery cutoff | Sept 4, 08 | Oct 01. 2007 |
| Expert Disclosure | Sept. 11, 07 | Oct. 15, 2007 |
| Non Dispositive Motion CutOff | October 1, 07 | Nov. 01, 2007 |
| Expert Supplementation | Sept. 28, 08 | Nov. 15, 2007 |

```
Expert Discovery CutOff October 1, 07      Dec. 26, 2007
Dispositive Motion Cutoff November 15, 07  March 22, 2008
Pre Trial Conference    December 21, 07    May 1, 2008
                                           8:30am (LJO)
Settlement Conference   January 14, 08     June 10, 2008
                                           10:00am (SMS)
Trial                   Feb. 11, 08        August 4, 2008
                                           9:00am (LJO)
```

IT IS SO ORDERED.

**Dated:    September 11, 2007**            **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE