**BETTS & WRIGHT, A Professional Corporation**
Attorneys at Law
P.O. Box 28550
Fresno, California 93729-8550
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959
James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)
Attorneys for Defendant CITY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG OCCHIONERO,<br><br>           Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, and DOES 1 through 40, inclusive,<br><br>           Defendants. | Case No. 1:05-CV-01184-AWI-SMS<br><br>STIPULATION AND ORDER |

The parties, through their counsel of record, have stipulated to extend the following deadlines:

    1.    Dispositive motion deadline from March 22, 2008 to May 15, 2008.

Dated:  January 10, 2008    KALLIS & ASSOCIATES

        By /s/ M. Jeffrey Kallis
           M. Jeffrey Kallis
        Attorney for Plaintiff
        GREG OCCHIONERO

Dated:  January 10, 2008    BETTS & WRIGHT

        By /s/ Joseph D. Rubin
           Joseph D. Rubin
        Attorneys for Defendant
        CITY OF FRESNO

**ORDER**

IT IS SO ORDERED.

Dated:   January 11, 2008                              /s/ Anthony W. Ishii
                                                       UNITED STATES DISTRICT JUDGE