**BETTS & WRIGHT, A Professional Corporation**
Attorneys at Law
P.O. Box 28550
Fresno, California 93729-8550
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959
James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendant CITY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG OCCHIONERO, | ) Case No. 1:05-CV-01184-LJO-SMS |
| Plaintiff, | ) |
| v. | ) STIPULATION FOR A CHANGE IN THE DATE OF THE CASE SETTLEMENT CONFERENCE; |
| CITY OF FRESNO, and DOES 1 through 40, inclusive, | ) ORDER |
| Defendants. | ) |

The parties are hereby stipulating to a change in date of settlement conference in the above named matter.  On April 29, 2008, the Settlement Conference was advanced to 6/10/2008 at 2:00 p.m. in Courtroom 7 (SMS).  The parties stipulate to vacating the Settlement Conference or advancing it until a later date which follows the hearing on the Summary Judgment Motion which the defendants have stated that they intend to file.

Dated:  May 8, 2008                                    KALLIS & ASSOCIATES


                                                       By /s/ M. Jeffrey Kallis
                                                       M. Jeffrey Kallis
                                                       Attorney for Plaintiff GREG OCCHIONERO


Dated:  May 8, 2008                                    BETTS & WRIGHT


                                                       By /s/ Joseph D. Rubin
                                                       Joseph D. Rubin
                                                       Attorneys for Defendant CITY OF FRESNO

**ORDER**

The settlement conference of June 10, 2008 is VACATED, to be reset if the parties wish after a ruling on the summary judgment motion(s).

IT IS SO ORDERED.

**Dated:   May 8, 2008**               /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

- 2 -