# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG OCCHIONERO,<br><br>          Plaintiff,<br>     vs.<br>CITY OF FRESNO,<br><br>          Defendants.<br>_____ / | CASE NO. CV F 05-1184 LJO SMS<br><br>**ORDER TO EXTEND DATES**<br>(Doc. 100.) |

Based on good cause and the parties' agreement, this Court:

1. VACATES the June 17, 2008 hearing on defendant's summary judgment motion;
2. ORDERS plaintiff, no later than June 17, 2008, to file and serve papers to oppose defendant's summary judgment motion;
3. ORDERS defendant, no later than July 1, 2008, to file and serve its summary judgment reply papers;
4. RESETS the June 19, 2008 pretrial conference to August 28, 2008 at 8:30 a.m. in Department 4 (LJO); and
5. RESETS the August 4, 2008 trial to September 29, 2008 at 8:30 a.m. in Department 4 (LJO).

This Court will consider defendant's summary judgment motion on the record and without a hearing, unless this Court orders otherwise.

IT IS SO ORDERED.

**Dated:   May 28, 2008**                              /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE